[No. 8131-1-III.   Division Three.   October 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL ALEJANDREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 85-1-00101-2, Clinton J. Merritt, J., entered

1050

September 18, 1986. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.